THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| GREAT MIDWEST INSURANCE COMPANY, | : | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff, | : | |
| | : | Case No. 5:15-cv-02392 |
| vs. | : | |
| MECHEL BLUESTONE, INC., DYNAMIC ENERGY, INC., GARY HUFF, ZOLA HUFF, | : | |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Great Midwest Insurance Company, by and through their counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice as to all defendants.

Respectfully submitted,

CLARK HILL PLC

_____
Jennifer K. Mason, Esquire
W.V. Bar I.D. 6616
1290 Suncrest Towne Centre
Morgantown, WV 26505
T: 304.233.5599
F: 304.233.5656
E: jmason@clarkhill.com

Counsel for Plaintiff,
Great Midwest Insurance Company

Date: April 9, 2015

202406251

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) has been filed through the ECF system and will be electronically served on all counsel of record who are registered participants.

CLARK HILL PLC

_____
Jennifer K. Mason, Esquire
W.V. Bar I.D. 6616
1290 Suncrest Towne Centre
Morgantown, WV 26505
T: 304.233.5599
F: 304.233.5656
E: jmason@clarkhill.com

Counsel for Plaintiff,
Great Midwest Insurance Company

Date: April 9, 2015